# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DONALD PIXLER II,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, SDPD OFFICER RAYAS (#1680) and DOES 1-15,<br><br>Defendants. | Case No.: 24-cv-01752-JAH-MSB<br><br>**ORDER VACATING HEARING** |

Pending before the Court is Defendant San Diego County's Motion to Dismiss. ECF No. 17. After a careful review of the pleadings, the Court deems the motions suitable for adjudication without oral argument. *See* Civ. L.R. 7.1.d.1. Accordingly, IT IS HEREBY ORDERED the motions are taken under submission without oral argument and the hearing set for February 19, 2025 at 2:30pm is **VACATED**. The Court will issue an order in due course.

**IT IS SO ORDERED.**

DATED: February 4th, 2025

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE