UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

WILLIAM DONALD PIXLER II,

Plaintiff,

v.

CITY OF SAN DIEGO, et al.,

Defendants.

Case No.: 24cv1752-JAH (MSB)

**ORDER DENYING JOINT MOTION TO MODIFY SCHEDULING ORDER [ECF NO. 60]**

## I. BACKGROUND

Now pending before the Court is the parties' sixth joint motion to modify dates in the Scheduling Order. (See ECF No. 60 ("Sixth Joint Motion").) On November 6, 2025, the Court granted the parties' Joint Motion to Modify the Scheduling Order and extended "[t]he deadline to file any motion to join other parties, to amend the pleadings, or to file additional pleadings" to December 19, 2025. (See ECF No. 33 at 2.) On December 5, 2025, the Court granted the parties' Second Joint Motion to Modify the Scheduling Order and once again extended "[t]he deadline to file any motion to join other parties, to amend the pleadings, or to file additional pleadings." (See ECF No. 36 at 2.) On April 16, 2026, the Court granted the parties' Third Joint Motion to Modify the Scheduling Order and extended all remaining deadlines by approximately sixty days.

(See ECF No. 44 at 2–3.) On May 28, 2026, the Court granted the parties' Fourth Joint Motion to Modify the Scheduling Order and extended "[t]he deadline to complete fact discovery." (See ECF No. 51 at 2.) On July 21, 2026, the Court granted the parties' Fifth Joint Motion and extended "[t]he deadline to designate rebuttal experts." (See ECF No. 59 at 2.) In the parties' Fifth Joint Motion, they represented that additional extensions of the discovery deadlines were not anticipated. (See ECF No. 58 at 1.) In reliance on that representation, the Court granted the Fifth Joint Motion.

## II. DISCUSSION

In their Sixth Joint Motion, the parties explain that yet another extension is necessary because "[two] more critical depositions need to be completed." (ECF No. 60 at 1.) "This request could not have been made sooner because Plaintiff's counsel just completed a [three] week conspiracy to commit murder trial . . . and is just now able to attend to other matters." (Id. at 1–2.) Accordingly, the parties request to extend the deadlines (1) to designate rebuttal experts from August 10, 2026, to August 27, 2026; (2) to provide expert disclosures from August 18, 2026, to September 2, 2026; and (3) to provide rebuttal expert disclosures from September 2, 2026, to September 16, 2026. (See id.)

The parties have been advised time and again that Section V of Magistrate Judge Michael S. Berg's Civil Chambers Rules[1] provide: "Whether made by joint motion or ex parte application, any request to continue [a] . . . scheduling order deadline shall be made in writing no less than **seven (7) calendar days** before the affected date." The first affected date here is August 10, 2026. (See ECF No. 59 at 2.) The parties filed their Sixth Joint Motion on August 24, 2026, which is **two weeks after** the first affected date. Thus, the Sixth Joint Motion is untimely.

/ /

[1] Magistrate Judge Michael S. Berg's Civil Chambers Rules are available at www.casd.uscourts.gov/judges/chambers-rules.aspx.

Scheduling orders "permit the court and the parties to deal with cases in a thorough and orderly manner, and [the courts] must be allowed to enforce them." Wong v. Regents of the Univ. of Cal., 410 F.3d 1052, 1062 (9th Cir. 2005). This Court has an obligation to manage its docket efficiently and to ensure that the cases before it proceed toward resolution in a timely manner. Granting a sixth continuance on the present showing would undermine the purposes underlying Fed. R. Civ. P. 16. Courts routinely reject busy trial schedules as a basis for relief. Indeed, "[a]ttorneys have a duty to the Court and to their clients to ensure that they accept a caseload that enables them to meet litigation deadlines." Williams v. James River Grp. Inc., 627 F. Supp. 3d 1172, 1179 (D. Nev. 2022).

## III. CONCLUSION

For the foregoing reasons, the Court **DENIES** the Sixth Joint Motion. All deadlines and guidance set forth in the Court's April 16, 2026, Order [ECF No. 44] remain unchanged.

**IT IS SO ORDERED.**

Dated: August 26, 2026

Honorable Michael S. Berg
United States Magistrate Judge