UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

WILLIAM DONALD PIXLER II,

Plaintiff,

v.

CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, SDPD OFFICER RAYAS (#1680) and DOES 1-15

Defendants.

Case No.: 24-cv-1752-JAH-MSB

**ORDER GRANTING UNOPPOSED PLAINTIFF'S MOTION TO DISMISS CERTAIN DEFENDANTS [ECF No. 63]**

On September 7, 2026, Plaintiff filed a motion to dismiss certain individual defendants. To date, no opposition to the motion has been filed. Accordingly, the Court GRANTS Plaintiff's motion to dismiss. The following defendants are **DISMISSED without prejudice**:

1. Angela Applebaum, #5686
2. Arthur Randall, #3617
3. Ashley Calderon, #6529
4. Corporal Jesse Mendoza #3434
5. Corporal Brian Powell #3855

6. Crystal Grooms, # 5036
7. Damion Silva, #5797
8. Deputy Diego Mascareno #3703
9. Deputy Cole Studebaker #3644
10. Deputy Pierre Tedtaotao #02
11. Deputy David Uson #3452
12. Deputy James Zabel #4040
13. Kyle Holman, #4244
14. Lt. Roberto Cardenas #3624
15. Maricella Alarcon Rodriguez, #7025
16. Nurse Kelli Arana #5798
17. Otilia Leon, Employee #7522
18. Paul Weging, # 5016
19. Sergeant Jessica Applebaum #3075
20. Sergeant Enrique Carranza #5418

**IT IS SO ORDERED.**

DATED: September 21, 2026

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE